IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN THEBERGE, ANTOINETTE SUCHENKO, | | |
| Plaintiffs, | | 18cv1472<br>LEAD CASE |
| v. | | |
| ALLIANCE ENTERTAINMENT, LLC, | | |
| Defendant. | | |

| | | |
|---|---|---|
| TOM BROWN, | | |
| Plaintiff, | | 18cv1473<br>MEMBER CASE |
| v. | | |
| APOLLO BOX, INC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| TOM BROWN, | | |
| Plaintiff, | | 18cv1474<br>MEMBER CASE |
| v. | | |
| BRIDGESTONE GOLF, INC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| TOM BROWN, | | |
| Plaintiff, | | 18cv1485<br>MEMBER CASE |
| v. | | |
| GIANT BICYCLE, INC., | | |
| Defendant. | | |

RACHEL GNIEWKOWSKI,

       Plaintiff,                    18cv1486
                                            MEMBER CASE
             v.

FITBIT, INC.,

       Defendant.

---

RACHEL GNIEWKOWSKI,

       Plaintiff,                    18cv1487
                                            MEMBER CASE
             v.

KEEN, INC.,

       Defendant.

---

TOM BROWN,

       Plaintiff,                    18cv1495
                                            MEMBER CASE
             v.

LEDBURY INC.,

   Defendant

---

RACHEL GNIEWKOWSKI,

       Plaintiff,                    18cv1496
                                            MEMBER CASE
             v.

L'ANGE HAIR, INC.,

       Defendant

TOM BROWN,

        Plaintiff,                        18cv1497
                                          MEMBER CASE

        v.

RTIC WEB SERVICES, LLC,

        Defendant.

---

LISA GATHERS, TOM BROWN,

        Plaintiffs,                      18cv1512
                                          MEMBER CASE

        v.

THE TEACHING COMPANY SALES, LLC,

        Defendant.

---

TOM BROWN,

        Plaintiff,                        18cv1513
                                          MEMBER CASE

        v.

SPECIALIZED BICYCLE COMPONENTS, INC.,

        Defendant.

---

TOM BROWN,

        Plaintiff,                        18cv1514
                                          MEMBER CASE

        v.

SUUNTO INCORPORATED,

        Defendant.

RACHEL GNIEWKOWSKI,

       Plaintiff,                18cv1520
                                            MEMBER CASE
            v.

MONOPRICE, INC.,

       Defendant.

---

RACHEL GNIEWKOWSKI,

       Plaintiff,                18cv1523
                                            MEMBER CASE
            v.

RETAIL CONVERGENCE.COM, LP,

       Defendant.

---

RACHEL GNIEWKOWSKI,

       Plaintiff,                18cv1524
                                            MEMBER CASE
            v.

SCENTBIRD, INC.,

       Defendant.

---

TOM BROWN,

       Plaintiff,                18cv1526
                                            MEMBER CASE
            v.

WILSON SPORTING GOODS CO.,

       Defendant.

---

RACHEL GNIEWKOWSKI,

|  |  |
|---|---|
| Plaintiff, | 18cv1543<br>MEMBER CASE |
| v. |  |
| THIRDLOVE, LLC, |  |
| Defendant. |  |

RACHEL GNIEWKOWSKI,

        Plaintiff,                          18cv1544
                                            MEMBER CASE

        v.

TORRID, LLC,

        Defendant.

---

TOM BROWN,

        Plaintiff,                          18cv1545
                                            MEMBER CASE

        v.

WINDOW NATION, INC.,

        Defendant.

---

TOM BROWN,

        Plaintiff,                          18cv1561
                                            MEMBER CASE

        v.

CALLAWAY GOLF COMPANY,

        Defendant.

**ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 18-1473, 18-1474, 18-1485, 18-1486, 18-1487, 18-1495, 18-1496, 18-1497, 18-1512, 18-1513, 18-1514, 18-1520, 18-1523, 18-1524, 18-1526, 18-1543, 18-1544, 18-1545, and 18-1561 are hereby consolidated with Civil Action No. 18-1472, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 18-1472.

3. The Clerk of Court shall close Civil Action No. 18-1473, 18-1474, 18-1485, 18-1486, 18-1487, 18-1495, 18-1496, 18-1497, 18-1512, 18-1513, 18-1514, 18-1520, 18-1523, 18-1524, 18-1526, 18-1543, 18-1544, 18-1545, and 18-1561.

**SO ORDERED** this 20th day of November, 2018.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge