AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 18-1520

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Monoprice, Inc.
was received by me on *(date)* 11/14/2018 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kelly Le, Administrative Assistant , who is designated by law to accept service of process on behalf of *(name of organization)* Monoprice, Inc. on *(date)* 11/19/2018 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ 55.00 for services, for a total of $ 55.00 .

I declare under penalty of perjury that this information is true.

Date: 11/19/2018

*Server's signature*

George Sano #PSC2623
*Printed name and title*

360 E. First St., Ste 773, Tustin, CA 92780
*Server's address*

Additional information regarding attempted service, etc:

The description of the person served is Asian F 35 5'2" 105 Black hair