IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>        Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>        Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>        Plaintiff,<br>vs.<br><br>LEDBURY INC.,<br><br>        Defendant. | No. 2:18-cv-01495-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Tom Brown, by and through his undersigned counsel, and hereby advises this Honorable Court he has reached an agreement in principle with Defendant, Ledbury Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

                                                                            **Counsel for Plaintiff:**

Date: December 28, 2018            */s/ Kevin W. Tucker*
                                                           Benjamin J. Sweet, Esquire
                                                           Kevin W. Tucker, Esquire
                                                           CARLSON LYNCH SWEET KILPELA &
                                                           CARPENTER, LLP
                                                           1133 Penn Avenue, 5th Floor
                                                           Pittsburgh, PA 15222
                                                           T. (412) 322-9243
                                                           bsweet@carlsonlynch.com
                                                           ktucker@carlsonlynch.com

## **CERTIFICATE OF SERVICE**

  I, Kevin W. Tucker, hereby certify that on December 28, 2018, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

               Respectfully Submitted,

            By: */s/ Kevin W. Tucker*
               Kevin W. Tucker (PA Bar No. 312144)