IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>        Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>        Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>        Plaintiff,<br>vs.<br><br>RTIC WEB SERVICES, LLC,<br><br>        Defendant. | No. 2:18-cv-01497-AJS<br><br>MEMBER CASE |

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Tom Brown, by and through his undersigned counsel, and hereby advises this Honorable Court he has reached an agreement in principle with Defendant, RTIC Web Services, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

January 17, 2019

          */s/ Kevin W. Tucker*
          R. Bruce Carlson
          Kevin W. Tucker
          Carlson Lynch Sweet Kilpela & Carpenter, LLP
          1133 Penn Avenue, 5th Floor
          Pittsburgh, PA 15222
          T. (412) 322-9243

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Kevin W. Tucker, hereby certify that on January 17, 2019, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)