IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>　　　　Plaintiff,<br>vs.<br><br>FITBIT, INC.,<br><br>　　　　Defendant. | No. 2:18-cv-01486-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Rachel Gniewkowski, by and through undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Fitbit, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

|  |  |
|---|---|
| January 18, 2019 | */s/ Kevin W. Tucker*<br>R. Bruce Carlson<br>Kevin W. Tucker<br>Carlson Lynch Sweet Kilpela & Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>T. (412) 322-9243<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on January 18, 2019, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

                                Respectfully Submitted,

By:  */s/ Kevin W. Tucker*
       Kevin W. Tucker (PA Bar No. 312144)