IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>Plaintiff,<br>vs.<br><br>APOLLO BOX, INC.,<br><br>Defendant. | No. 2:18-cv-01473-AJS<br><br>MEMBER CASE |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Tom Brown and Defendant Apollo Box, Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, jointly advise the Court that the Parties have agreed to a settlement in this matter. The Parties respectfully request that the Court allow them thirty (30) days within which to file the documentation concluding this litigation.

February 13, 2019

/s/ Benjamin J. Sweet
The Sweet Law Firm, PC
186 Mohawk Drive
Pittsburgh, PA 15228
Phone: (412) 742-0631
*Counsel for Plaintiff*

/s/Thomas R. DeCesar
K&L Gates LLP
Thomas R. DeCesar (PA Bar # 309651)
17 North Second Street, 18th Floor
Harrisburg, PA 17101-1507
Phone:  717-231-4500
Fax:  717-231-4501
*Counsel for Defendant Apollo Box, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 13, 2019, a copy of the foregoing Notice of Settlement was electronically served on the following via ECF:

Benjamin J. Sweet, Esquire
The Sweet Law Firm, PC
186 Mohawk Drive
Pittsburgh, PA 15228
(412) 742-0631
www.sweetlawpc.com
ben@sweetlawpc.com

                                                          /s/Thomas R. DeCesar
                                                          Thomas R. DeCesar