IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>　　　　Plaintiff,<br>vs.<br><br>TORRID, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-01544-AJS<br><br>MEMBER CASE |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises the Court that she has reached an agreement in principle with Defendant Torrid, LLC, in the above-captioned matter. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Date: February 21, 2019          */s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　Benjamin J. Sweet, Esq.
　　　　　　　　　　　　　　　　THE SWEET LAW FIRM, P.C.
　　　　　　　　　　　　　　　　186 Mohawk Drive
　　　　　　　　　　　　　　　　Pittsburgh, PA 15228
　　　　　　　　　　　　　　　　Tel: 412-742-0631
　　　　　　　　　　　　　　　　ben@sweetlawpc.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2019, I filed the foregoing document via CM/ECF, which caused the foregoing document to be served on all parties or their counsel of record who have entered appearances in this matter.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet