IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>                   Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>                   Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>                   Plaintiff,<br>vs.<br><br>WILSON SPORTING GOODS CO.,<br><br>                   Defendant. | No. 2:18-cv-01526-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Tom Brown, by and through his undersigned counsel, and hereby advises the Court that he has reached an agreement in principle with Defendant Wilson Sporting Goods Co. in the above-captioned matter. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Date: February 22, 2019          */s/ Benjamin J. Sweet*
                                 Benjamin J. Sweet, Esq.
                                 THE SWEET LAW FIRM, P.C.
                                 186 Mohawk Drive
                                 Pittsburgh, PA 15228
                                 Tel: 412-742-0631
                                 ben@sweetlawpc.com

                                 ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 22, 2019, I filed the foregoing document via CM/ECF, which caused the foregoing document to be served on all parties or their counsel of record who have entered appearances in this matter.

*/s/ Benjamin J. Sweet*

Benjamin J. Sweet
