IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>　　　　Plaintiff,<br>vs.<br><br>WINDOW NATION, INC.,<br><br>　　　　Defendant. | No. 2:18-cv-01545-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Defendant Window Nation Inc. since converted to Window Nation LLC on or about January 13, 2018, by and through its undersigned counsel, and hereby advises the Court that the parties have reached an agreement in principle in the above-captioned matter. The parties are finalizing a Consent Decree for the Court's review and approval. Plaintiff Tom Brown's counsel consents to the filing of this Notice of Settlement.

**FISHER & PHILLIPS LLP**

Dated: February 25, 2019

By:　/s/ Heather Z. Steele
Heather Z. Steele, Esquire – PA91391
150 N. Radnor Chester Road, Suite C300
Radnor, PA  19087
(610) 230-2150 (phone)

(610) 230-2151 (facsimile)
hsteele@fisherphillips.com

and

/s/ Sarah J. Moore
Sarah J. Moore (OH 0065381)
Admitted Pro Hac Vice
Fisher & Phillips LLP
200 Public Square, Suite 4000
Cleveland, OH 44114
(440) 740-2132 (phone)
(440) 838-8805 (facsimile)
smoore@fisherphillips.com

*Attorneys for Defendant,*
*Window Nation Inc. since converted to*
*Window Nation LLC on or about January*
*13, 2018*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>           Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>           Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>           Plaintiff,<br>vs.<br><br>WINDOW NATION, INC.,<br><br>           Defendant. | No. 2:18-cv-01545-AJS<br><br>MEMBER CASE |

**CERTIFICATE OF SERVICE**

I, Heather Z. Steele, Esquire, hereby certify that on this 25th day of February, 2019, a true and correct copy of the foregoing Notice of Settlement was filed electronically and served on counsel of record via the Court's ECF system.

                                        s/ Heather Z. Steele
                                        Heather Z. Steele (I.D. 91391)