IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>　　　　Plaintiff,<br>vs.<br><br>CALLAWAY GOLF COMPANY<br><br>　　　　Defendant. | No. 2:18-cv-01561-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

Defendant Callaway Golf Company, by and through its undersigned counsel, hereby advises the Court that it has reached a settlement agreement in principle with Plaintiff Tom Brown in the above captioned matter.  The parties are finalizing the settlement and dismissal documents and expect to file a Notice of Dismissal within thirty (30) days.

　　　　　　　　　　　　　　　　　Respectfully submitted:
　　　　　　　　　　　　　　　　　**SPECTOR GADON & ROSEN, P.C.**

Dated: February 25, 2019　　　　By: /s/ *Jennifer M. Chalal*
　　　　　　　　　　　　　　　　　Jennifer Myers Chalal, Esquire
　　　　　　　　　　　　　　　　　1635 Market Street, 7th Floor
　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　(215) 241-8817/(215) 241-8844 (fax)
　　　　　　　　　　　　　　　　　jchalal@lawsgr.com
　　　　　　　　　　　　　　　　　Counsel for Defendant,
　　　　　　　　　　　　　　　　　Callaway Golf Company

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>Plaintiff,<br>vs.<br><br>CALLAWAY GOLF COMPANY,<br><br>Defendant. | No. 2:18-cv-01561-AJS<br><br>MEMBER CASE |

**CERTIFICATE OF SERVICE**

I, Jennifer Myers Chalal, Esquire, hereby certify that on February 25, 2019, a true and correct copy of the foregoing Notice of Dismissal was served, via email upon:

Benjamin J. Sweet, Esq.
**THE SWEET LAW FIRM, PC**
186 Mohawk Drive
Pittsburgh, PA 15228
T. (412) 742-0631
ben@sweetlawpc.com
Counsel for Plaintiff


/s/ Jennifer Myers Chalal
By:_____