## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEBERGE, et al, <br><br> Plaintiffs, <br> v. <br><br> ALLIANCE ENTERTAINMENT, LLC, <br><br> Defendant. | Civil Action No. 2:18-cv-01472-AJS <br><br> LEAD CASE <br><br> Electronically Filed |
| RACHEL GNIEWKOWSKI, <br><br> Plaintiff, <br> v. <br><br> THIRDLOVE, INC. <br><br> Defendant. | Civil Action No. 2:18-cv-01543-AJS <br><br> MEMBER CASE <br><br> Electronically Filed |

## **NOTICE OF SETTLEMENT**

Defendant ThirdLove, Inc., by and through its undersigned counsel, hereby advises this Honorable Court that it has reached an agreement in principle with Plaintiff Rachel Gniewkowski. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated:  February 28, 2019                                    Respectfully submitted,


                                                                                          */s/ Marla N. Presley*
                                                                                          Marla N. Presley, Esquire
                                                                                          Jenna M. Decker, Esquire
                                                                                          Jackson Lewis P.C.
                                                                                          1001 Liberty Avenue, Suite 1000
                                                                                          Pittsburgh, PA 15222
                                                                                          412-232-0404
                                                                                          marla.presley@jacksonlewis.com
                                                                                          jenna.decker@jacksonlewis.com