IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>    Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>    Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>    Plaintiff,<br>vs.<br><br>SPECIALIZED BICYCLE CORPORATION, INC.<br><br>    Defendant. | No. 2:18-cv-01513-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

Defendant, Specialized Bicycle Components, Inc., by and through its undersigned counsel, hereby advises this Honorable Court that it has reached an agreement in principle with Plaintiff Tom Brown. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty days.

Dated: March 5, 2019

                        Respectfully submitted,

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                        */s/ Ashley J. Giannetti*
                        Ashley J. Giannetti
                        PA ID No. 318376
                        429 Fourth Avenue, Suite 805
                        Pittsburgh, PA  15219
                        Phone:  412-567-5112
                        Ashley.giannetti@lewisbrisbois.com
                        *Counsel for Defendant, Specialized Bicycle Components, Inc.*

4821-6320-6025.1