IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEBERGE, et al,<br><br>      Plaintiffs,<br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>      Defendant. | Civil Action No. 2:18-cv-01472<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>      Plaintiff,<br>v.<br><br>SCENTBIRD, INC.<br><br>      Defendant. | Civil Action No. 2:18-cv-01524<br><br>MEMBER CASE<br><br>Electronically Filed |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises the Court that she has reached an agreement in principle with Defendant Scentbird, Inc. in the above-captioned matter. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Date: March 11, 2019

                                                   */s/ Benjamin J. Sweet*
                                                   Benjamin J. Sweet, Esq.
                                                   THE SWEET LAW FIRM, P.C.
                                                   186 Mohawk Drive
                                                   Pittsburgh, PA 15228
                                                   Tel: 412-742-0631
                                                   ben@sweetlawpc.com

                                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2019, I filed the foregoing document via CM/ECF, which caused the foregoing document to be served on all parties or their counsel of record who have entered appearances in this matter.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
