UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>    Defendant. | Case No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>MONOPRICE, INC.,<br><br>    Defendant. | Case No. 2:18-cv-01520-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises the Court that she has reached an agreement in principle with Defendant Monoprice, Inc. in the above-captioned matter. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Date: March 12, 2019

/s/ Benjamin J. Sweet
Benjamin J. Sweet, Esq.
THE SWEET LAW FIRM, P.C.
186 Mohawk Drive
Pittsburgh, PA 15228
Tel: 412-742-0631
ben@sweetlawpc.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2019, I filed the foregoing document via CM/ECF, which caused the foregoing document to be served on all parties or their counsel of record who have entered appearances in this matter.

                                                        */s/ Benjamin J. Sweet*
                                                        Benjamin J. Sweet, Esq.