**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>Plaintiff,<br>vs.<br><br>APOLLO BOX, INC.,<br><br>Defendant. | No. 2:18-cv-01473-AJS<br><br>MEMBER CASE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tom Brown hereby withdraws all of his claims and stipulates to the dismissal of this action with prejudice with respect to all claims. Defendant Apollo Box, Inc. also stipulates to the dismissal of this action with prejudice with respect to all claims. Each party to bear his/its own costs.

/s/ Benjamin J. Sweet
Benjamin J. Sweet, Esquire
The Sweet Law Firm, PC
186 Mohawk Drive
Pittsburgh, PA 15228
(412) 742-0631 (telephone)
*For Plaintiff Tom Brown*

/s/ Thomas R. DeCesar
Thomas R. DeCesar, Esquire
K&L GATES LLP
17 North Second St., 18th Floor
Harrisburg, PA 17101
(717) 231-4500 (telephone)
(717) 231-4501 (facsimile)
*For Defendant Apollo Box, Inc.*

Dated: March 15, 2019.

## CERTIFICATE OF SERVICE

I certify that, on March 15, 2019, I caused a copy of the foregoing document to be filed on the Court's ECF system, such that counsel of record for the parties should receive service electronically.

/s/ Thomas R. DeCesar
Thomas R. DeCesar