IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE and ANTOINETTE SUCHENKO,<br><br>Plaintiffs,<br>vs.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendant. | No. 2:18-cv-01472-AJS<br><br>LEAD CASE |
| TOM BROWN,<br><br>Plaintiff,<br>vs.<br><br>RTIC WEB SERVICES, LLC,<br><br>Defendant. | No. 2:18-cv-01497-AJS<br><br>MEMBER CASE |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Tom Brown filed the above-referenced case against RTIC Web Services, LLC, on November 7, 2018.

2. Whereas the complaint alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by Defendant.

3. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i),

Plaintiff seeks voluntary dismissal of the Complaint.

SO ORDERED this _______ day of May 2019.

/s/ ________________________________
Arthur J. Schwab
United States District Judge

cc: All counsel of record

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that on May 1, 2019, I caused a true and correct copy of foregoing *Notice of Dismissal Pursuant to Rule 41(a)(1)* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet